IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ULYESSE BRYANT,

    Petitioner,

v.                                       CASE NO. 2:10-cv-01866-LSC-PWG

J. C. GILES, WARDEN, et al.,

    Respondents.

## MEMORANDUM OPINION

    The magistrate judge filed a findings and recommendation on August 16, 2011 (Doc. 9), recommending that petitioner's petition for writ of habeas corpus be DENIED. The parties were allowed an opportunity in which to file objections. No objections have been received from either party.

    Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DENIED. A Final Judgment will be entered.

    Done this 13th day of September 2011.

                                                _____
                                                    L. SCOTT COOGLER
                                          UNITED STATES DISTRICT JUDGE
                                                              167458